**UNITED STATES COURT OF APPEALS**
**FOR THE FIFTH CIRCUIT**

_____

**No. 02-50893**
**Summary Calendar**

_____

**UNITED STATES OF AMERICA,**

**Plaintiff-Appellee,**

**versus**

**MARCO ANTONIO LOPEZ-HERNANDEZ,**
**also known as Arturo Monteroso,**

**Defendant-Appellant.**

**Appeal from the United States District Court**
**for the Western District of Texas**
**(EP-02-CR-822-ALL)**

January 16, 2003

Before BARKSDALE, DeMOSS, and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

Court appointed counsel for Marco Antonio Lopez-Hernandez has moved for leave to withdraw from this appeal and has filed a brief as required by **_Anders v. California_**, 386 U.S. 738 (1967). Lopez-Hernandez has received a copy of counsel's motion and brief but has not filed a response. Our independent review of the brief and the record discloses no nonfrivolous issue. Counsel's motion for leave to withdraw is **GRANTED**. Appeal is

_DISMISSED_.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.